# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| EDWARD "COACH" WEINHAUS, ) | |
|     Plaintiff-Appellant ) | |
| v. ) | |
| REGINA A. SCANNICCHIO ) | Appeal No.: 24-2473 |
| And ) | Dist. Co: N.D.Ill. – Eastern Div. |
| ILLINOIS JUDGES ASSOCIATION, ) | Civil Case: 1:24-cv-03061 |
|     Defendants-Appellees ) | Dist. Judge John Robert Blakey |
| ) | |

## CIRCUIT RULE 3(c) DOCKETING STATEMENT

**A. Statement of Jurisdiction for the United States District Court**

The jurisdiction of the District Court is founded on 28 U.S.C. § 1331 and 42 U.S.C. § 1983, a matter of federal question.

**B. Statement of Jurisdiction for the United States Court of Appeals**

The jurisdiction of the United States Court of Appeals for the Seventh Circuit is brought under 28 U.S.C. §§ 1291in that this is an appeal from a final decision of the United States District Court for the Northern District of Illinois (Eastern Division) seeking to reverse the Judgment of the District Court on its own motion for lack of subject matter jurisdiction pursuant to the *Rooker-Feldman* doctrine as a final judgment. The date of entry of the final judgment sought to be reviewed is July 24, 2024 (ECF ##17-18) . The appeal is from an order and final judgment that adjudicated all of the claims with respect to all parties, and no parties or issues

remain in the District Court. Appellant did not file a motion for new trial or alteration of the judgment. The notice of Appeal was timely filed on August 23, 2024.

### C. This is an appeal of an immediately appealable final judgment.

As noted above, a final appealable judgment was entered by the District Court on July 24, 2024. This is a civil appeal as a matter of right pursuant to Federal Rule of Appellate Procedure 3(a) and Circuit Rule 3(a).

### D. Prior or related Appellate Proceedings

There have been no prior or related appellate proceedings in this case.

### E. Additional requirements of Circuit Rule 3(c)(1)

This is a civil case that does not involve any criminal convictions. 28 U.S.C. § 1915(g) is inapplicable.

None of the parties to the litigation appear in an official capacity on behalf of the a governmental entity.

This case does not involve a collateral attack on a criminal conviction. Respectfully submitted this 30th day of August, 2024.

Respectfully submitted,

August 30, 2024

/s/ Antonio Valiente
Antonio Valiente-Rivera
N.D. Ill. Gen. Bar No.: 12326
Torre De La Reina, Suite 203
450 Avenida De La Constitucion
San Juan, Puerto Rico 00901
Tel: +1 787 782-9544
Email: lcdoavaliente@live.com
Admission to Circuit Pending

## CERTIFICATE OF SERVICE

I certify that on August 30, 2024, I served a copy of this Docketing Statement on August 30, 2024 by email to the email addresses listed for each on the official PACER docket sheet maintained by the U.S. District Court for the Northern District of Illinois for this litigation:

So certified this 30th day of August, 2024
.

/s/Antonio Valiente
Antonio Valiente-Rivera