# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## BRIEF DEFICIENCY LETTER

December 4, 2024

| | |
|---|---|
| No. 24-2473 | EDWARD WEINHAUS,<br>    Plaintiff - Appellant<br><br>v.<br><br>REGINA A. SCANNICCHIO and ILLINOIS JUDGES ASSOCIATION,<br>    Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-03061<br>Northern District of Illinois, Eastern Division<br>District Judge John Robert Blakey | |

**To:**

 Adam J. Florek
 FLOREK LAW, LLC
 11 Knollwood Drive
 North Caldwell, NJ 07006

 Antonio Valiente
 450 Avenida de La Constitucion
 Torre de La Reina
 Suite 203
 San Juan, PR 00901-2317

Documents that are determined by the Clerk's Office to be procedurally deficient **must be corrected and returned for filing within seven (7) days** from the date of this notice. **Previously set deadlines will not be automatically extended by this deficiency notice.** Copies of the revised document must be served upon all other parties. **The substance of the document must**

**not be changed;** only the procedural deficiency is to be corrected. If the initial filing was untimely or if the revised document is not resubmitted to the Clerk's Office for filing within the seven (7) days, a motion for leave to file instanter must accompany it, and must also be served upon all other parties.

Today this office "Received" your brief, which has been deemed deficient for filing due to the following procedural concern(s):

A Disclosure Statement or Amended Disclosure Statement is required. See Fed. R. App. P. 26.1, 28(a)(1), and 28(b). **Disclosure Statement must have a signature, and be placed before the Table of Contents.** Please use our standard form.

The resubmission will be deemed timely if the electronic filing is accomplished within seven (7) days of this notice (by 11:59 pm on the seventh day of this notice).

Sincerely,
Clerk of the Court


By: Deputy Clerk:

_____

NV

| | |
|---|---|
| NOTE: | Counsel should notify the Clerk's Office within two (2) days of the deficiency letter if they would like the deficient briefs returned at counsel's expense. If not, the deficient briefs will be discarded. |

form name: **c7_Brief_Deficiency_Letter**   (form ID: **187**)