No. 24-2473

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| EDWARD WEINHAUS, | Appeal from the United States |
| | District Court for the Northern |
| Plaintiff-Appellant, | District of Illinois |
| | |
| v. | |
| | No. 1:24-cv-03061 |
| HON. REGINA A. SCANNICCHIO and ILLINOIS JUDGES ASSOCIATION, | |
| | The Honorable |
| | JOHN ROBERT BLAKEY, |
| Defendants-Appellees. | Judge Presiding. |

## STATE DEFENDANT-APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

State Defendant-Appellee Judge Regina A. Scannicchio, through her attorney, Kwame Raoul, Attorney General of the State of Illinois, moves this court for a 30-day extension of time, from July 30, 2025, to August 29, 2025, to file her response to the petition for rehearing and petition for rehearing *en banc* in this appeal, and submits the attached declaration in support of this motion.

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By:  /s/ Alexandrina Shrove
ALEXANDRINA SHROVE
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2193 (office)
(773) 590-7061 (cell)
Alexandrina.Shrove@ilag.gov

# DECLARATION

I, Alexandrina Shrove, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon, I could competently testify to these facts.

2. I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and have been assigned to represent State Defendant-Appellee Judge Regina A. Scannicchio before this court in the appeal docketed as *Weinhaus v. Scannicchio*, No. 24-2473.

3. Defendants-Appellees' responses to the petition for rehearing and petition for rehearing *en banc* are due to be filed with this court on July 30, 2025, on zero extensions of time. 7th Cir. Doc. 49.

4. This motion is being made at least seven days before the responses' due date, as required by 7th Cir. R. 26.

5. I will be unable to complete a draft, have the draft reviewed through the regular review process of the Civil Appeals Division, finalize the draft, and file the response with this court by July 30, 2025, for the following reason.

6. On July 30, 2025, I am scheduled to file the response brief on behalf of Defendants-Appellees Lana Miller and Kate Patarozzi with this court in *Dyjak v. Miller*, No. 24-3105, which is due on four extensions of time. I am prioritizing this matter in my schedule because this court's order instructed that I make the appeal a priority.

7.     On July 22, 2025, I conferred with Adam Florek, attorney for Plaintiff-Appellant in this appeal, by providing notice of this motion before it was filed with this court. That party objects to this motion.

8.     I do not make this request for an extension of time for purposes of delay. Instead, I seek to present a thorough response and to meet my professional responsibilities in a careful and orderly manner.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on July 23, 2025.

/s/ Alexandrina Shrove
ALEXANDRINA SHROVE
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2193 (office)
(773) 590-7061 (cell)
Alexandrina.Shrove@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on July 23, 2025, I electronically filed the foregoing State Defendant-Appellee's Motion for Extension of Time to File Response with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit, by using the CM/ECF system.

I further certify that the other participants in this case, named below, are registered CM/ECF users and thus were served via the CM/ECF system.

Michael J. Progar, mjp@progarlaw.com

Antonio Valiente, lcdoavaliente@live.com

Adam Florek, aflorek@florekllc.com

/s/ Alexandrina Shrove
ALEXANDRINA SHROVE
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2193 (office)
(773) 590-7061 (cell)
Alexandrina.Shrove@ilag.gov