UNITED STATES COURT
OF APPEALS

FOR THE SEVENTH CIRCUIT

———————

No. 24-2473

———————

| | | |
|---|---|---|
| EDWARD "COACH" WEINHAUS, | ) | |
|     Plaintiff-Appellant | ) | |
| | ) | |
|   v. | ) | |
| | ) | |
| REGINA A. SCANNICCHIO | ) | Appeal No.: 24-2473 |
| And | ) | Dist. Ct.: N.D.Ill. – Eastern Div. |
| ILLINOIS JUDGES ASSOCIATION, | ) | Civil Case: 1:24-cv-03061 |
|     Defendants-Appellees | ) | Dist. Judge John Robert Blakey |

———————

**Petitioner's Partial Objection And Partial Consent To Respondent Regina A. Scannicchio's Request For 30-Day Extension Of 14-Day Deadline**

———————

Adam Florek
IARDC No: 6320615
N.D. Ill. Gen. Bar No.: 6320615
Florek Law, LLC
552 Broadway, Suite 601
New York, New York 10018
Tel: +1 (929) 229-2268
Email: aflorek@florekllc.com

# RESPONSE

On June 18, 2025, the panel issued its Order. Under Rule 40, Petitioner was allowed 14-days to both decide its procedural path forward and to submit a fully-cited brief raising four equally dispositive issues relying on Supreme Court and Seventh Circuit precedent. (ECF # 49)

Respondents were duly served the Petition on July 2, 2025 via CM/ECF (ECF # 47). The Court requested Respondents file a response, should they so choose, on July 16, 2025. (ECF # 49). Respondent Regina A. Scannicchio requested a 30-day extension from the Court.[1] Prior to such request, on July 22, 2025 Respondent's counsel requested Petitioner's consent to an extension but failed to indicate the length of the extension requested. That same day, Petitioner's counsel agreed to an extension thought the weekend, extending Respondent's deadline to August 4, 2025. Thereafter, on the morning of July 23, 2025, Respondent advised that she would be requesting a 30-day extension. Petitioner agreed to a 7-day extension. See Florek Affidavit, attached hereto as Exhibit 1. Instead of duly reporting this exchange to the Court, Respondent stated, incorrectly, that Petitioner objected fully to an extension.

The response the Court is requesting from Respondents is not mandatory. Respondent's counsel, *the lawyers for the entire State of Illinois*, are requesting 44 days compared to Petitioner's 14 days to address the limited issues available. Why Respondent believes they need more than trebling of time allowed for an optional

---

1. Respondent Illinois Judges Association has not requested any extension.

brief is unclear based on the *de minimis* representations in Ms. Shrove's Declaration.[2] Moreover, the representation of a single concurrent matter does not warrant an additional thirty days to address Petitioner's Petition.

Wherefore, Petitioner consents to a 7-day extension to August 6, 2025 for Respondent's response and otherwise objects to any further extension.

Dated: July 23, 2025

Respectfully submitted,

*/s/Adam Florek*
Adam Florek
N.D. Ill. Bar No.: 6320615
Florek Law, PLLC
552 Broadway, Suite 601
New York, New York 10018
Tel: +1 (929) 229-2268
Email: aflorek@florekllc.com

Antonio Valiente-Rivera
N.D. Ill. Gen. Bar No.: 12326
Torre de La Reina - Suite 203
450 Avenida de La Constitucion
San Juan, Puerto Rico 00901
Tel: (787) 782-9544
Email: lcdoavaliente@live.com

---

2. Circuit Rule 26, Extensions of Time to File Briefs, requires, *inter alia*, "[a] request for an extension of time shall be in the form of a motion supported by ***affidavit***… The affidavit must disclose facts which establish to the satisfaction of the court that with due diligence, and giving priority to the preparation of the brief, it will not be possible to file the brief on time."

## Certificate of Service

The undersigned, counsel for the Plaintiff-Appellant, Edward "Coach" Weinhaus, hereby certifies that on July 23, 2025, electronic copies of this filing were delivered by CM/ECF to counsel for the Defendant-Appellees Regina Scannicchio and the Illinois Judges Association.

Dated: July 23, 2025

    Respectfully submitted,

*/s/ Adam Florek*
Adam Florek
N.D. Ill. Bar No.: 6320615
Florek Law, PLLC
552 Broadway, Suite 601
New York, New York 10018
Tel: +1 (929) 229-2268
Email: aflorek@florekllc.com

Antonio Valiente-Rivera
N.D. Ill. Gen. Bar No.: 12326
Torre de La Reina - Suite 203
450 Avenida de La Constitucion
San Juan, Puerto Rico 00901
Tel: (787) 782-9544
Email: lcdoavaliente@live.com

UNITED STATES COURT
OF APPEALS

FOR THE SEVENTH CIRCUIT

---

No. 24-2473

---

| | | |
|---|---|---|
| EDWARD "COACH" WEINHAUS, | ) | |
| Plaintiff-Appellant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REGINA A. SCANNICCHIO | ) | Appeal No.: 24-2473 |
| And | ) | Dist. Ct.: N.D.Ill. – Eastern Div. |
| ILLINOIS JUDGES ASSOCIATION, | ) | Civil Case: 1:24-cv-03061 |
| Defendants-Appellees | ) | Dist. Judge John Robert Blakey |

---

**Affidavit of Petitioner's Counsel Adam Florek**

---

I, Adam Florek, being duly sworn, deposes and says:

1) I am adult over eighteen (18) years old; I am a solo attorney practicing through my law firm: Florek Law, LLC, and I have done so since February 2024; if called to testify I could and would competently testify, from direct and personal knowledge, as follows:

2) Attached hereto as <u>Exhibit A</u> is a true and correct copy of my e-mail communications with Respondent Regina A. Scannicchio's Counsel Alexandrina

1

Shrove agreeing to a seven (7) day extension but opposing more than triple the Court's proffered briefing schedule.

3) Respondent Illinois Judges Association has not requested any extension.

Under the pains and penalties of perjury, the undersigned certifies that the statements set forth in this instrument are true and correct and, except as to matters therein stated to be on information and belief, are made on personal knowledge, and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Affiant further sayeth naught.

Dated: July 23, 2025

Respectfully submitted,

*/s/Adam Florek*
Adam Florek
N.D. Ill. Bar No.: 6320615
Florek Law, PLLC
552 Broadway, Suite 601
New York, New York 10018
Tel: +1 (929) 229-2268
Email: aflorek@florekllc.com

Antonio Valiente-Rivera
N.D. Ill. Gen. Bar No.: 12326
Torre de La Reina - Suite 203
450 Avenida de La Constitucion
San Juan, Puerto Rico 00901
Tel: (787) 782-9544
Email: lcdoavaliente@live.com



# Adam Florek

| | |
|---|---|
| **From:** | Adam Florek |
| **Sent:** | Wednesday, July 23, 2025 11:53 AM |
| **To:** | Shrove, Alexandrina |
| **Subject:** | Re: Weinhaus v. Scannicchio, No. 24-2473 |

Alex:

Fed. R. App. P. 40 permitted Plaintiff-Appellant 14 days. 14 days thereafter the court granted you 14 days to Respond. By the time your *as ordered* briefing schedule concludes, you'll have had twice as long as Petitioner did. An additional 30 days -- 58 days in total -- is excessive and four times as long as Petitioner was permitted to file the Petition.

I will agree to an additional 7 days but object to either an additional or subsequent extensions. I'd also urge you to be mindful of your R. 38 obligations as you proceed.

Adam

---

**From:** Shrove, Alexandrina <Alexandrina.Shrove@ilag.gov>
**Sent:** Wednesday, July 23, 2025 11:28:30 AM
**To:** Adam Florek <aflorek@florekllc.com>
**Subject:** Re: Weinhaus v. Scannicchio, No. 24-2473

Hi Adam,

Given my schedule, we are seeking an additional 30 days.

Thanks,
Alex

**Alexandrina Shrove**
Assistant Attorney General
Civil Appeals Division
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2193 (office)
(773) 590-7061 (cell)
Alexandrina.Shrove@ilag.gov

---

**From:** Adam Florek <aflorek@florekllc.com>
**Sent:** Tuesday, July 22, 2025 3:59 PM
**To:** Shrove, Alexandrina <Alexandrina.Shrove@ilag.gov>
**Subject:** [EXTERNAL] RE: Weinhaus v. Scannicchio, No. 24-2473

Alex:

We'll agree to extend to Monday, August 4, 2025 if you'd like to take the extra weekend.  What extension were you seeking?

Adam

**From:** Shrove, Alexandrina <Alexandrina.Shrove@ilag.gov>
**Sent:** Tuesday, July 22, 2025 3:59 PM
**To:** Adam Florek <aflorek@florekllc.com>
**Subject:** Weinhaus v. Scannicchio, No. 24-2473

Hi Adam,

I am the Assistant Attorney General representing Judge Regina A. Scannicchio in the above matter. Tomorrow I intend to file a motion for an extension of time to file the response to the petition for rehearing. Please let me know if you intend to object to the motion.

Thanks,
Alex

**Alexandrina Shrove**
Assistant Attorney General
Civil Appeals Division
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2193 (office)
(773) 590-7061 (cell)
Alexandrina.Shrove@ilag.gov